# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rao, Neomi J. | United States Court of Appeals for the District of Columbia | 11/29/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge-Active status | ☐ Nomination ☐ Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ✔ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

E. Barrett Prettyman Courthouse
333 Constitution Ave. NW
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rao, Neomi J. | 11/29/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | ▒▒▒▒▒▒ -Salary and Bonus |
| 2. | 2020 | ▒▒▒▒ - 1099 Payments |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Brigham Young University Law School | 2/27/2020 - 2/28/2020 | Salt Lake City, Utah | Moot Court Competition | Transportation; lodging; meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rao, Neomi J. | 11/29/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. ▓▓▓▓ | Tuition | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rao, Neomi J. | 11/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Bank of America-Cash Bank Accounts | A | Interest | O | T | | | | | |
| 2.  Capital One-Cash Bank Account | E | Interest | P1 | T | | | | | |
| 3.  PNC Bank-Cash Bank Account | A | Interest | P1 | T | | | | | |
| 4.  Barclays-Cash Bank Account | D | Interest | | | Closed | 11/10/20 | O | | |
| 5.  HSBC-Cash Bank Account | D | Interest | P1 | T | | | | | |
| 6.  American Express-Cash Bank Account | D | Interest | P1 | T | | | | | |
| 7.  Marcus-Cash Bank Accounts & CDs | E | Interest | P1 | T | | | | | |
| 8.  CIBC-Cash Bank Accounts | B | Interest | | | Closed | 10/02/20 | N | | |
| 9.  BMO-Cash Bank Accounts | B | Interest | | | Closed | 10/21/20 | M | | |
| 10.  ▓▓▓▓▓▓▓-Common Units | | None | | | Sold | 01/08/20 | P2 | H2 | DaVinci Purchaser Holdings |
| 11.  EQT Avatar Parent L.P. - Common Units | | None | | | Sold | 12/11/20 | P2 | H1 | |
| 12.  CERT | | None | P2 | T | Spinoff<br>(from line 11) | 12/11/20 | P2 | | |
| 13.  ▓▓▓▓▓▓ - Profits Interest | | None | | | Sold | 01/08/20 | P1 | H1 | DaVinci Purchaser Holdings |
| 14.  DaVinci Purchaser Holding LP-Common Units | | None | P1 | U | Spinoff<br>(from line 10) | 01/08/20 | P1 | | |
| 15.  DaVinci Purchaser Holding LP-Profits Interests | | None | J | W | | | | | |
| 16.  ▓▓▓▓▓▓▓▓-Profits Interests | | None | | | Sold | 12/22/20 | N | G | Symplr Software,Inc. |
| 17.  ▓▓▓▓▓▓▓▓ - Profits Interests | | None | J | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rao, Neomi J. | 11/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Optimvia LLC-Profits Interests | | None | J | W | | | | | |
| 19. Legends of Learning-Common Stock &<br>Series A Preferred Stock | | None | M | U | | | | | |
| 20. FISMX | A | Dividend | J | T | | | | | |
| 21. FSNVX | D | Dividend | M | T | | | | | |
| 22. FLCNX | B | Dividend | O | T | | | | | |
| 23. SRJAX | D | Dividend | M | T | | | | | |
| 24. VPMAX | | None | | | Sold | 10/23/20 | N | | |
| 25. TRP LargeCap Growth Tr-E | | None | N | T | Buy | 10/23/20 | N | | |
| 26. CITI1656 - Vanguard Target Retirement<br>2035 Trust Plus | | None | | | Sold | 10/23/20 | K | | |
| 27. Vanguard Target Retirement 2035 Trust | | None | K | T | Buy | 10/23/20 | K | | |
| 28. SX135 | | None | N | T | Buy<br>(add'l) | 01/07/20 | J | | |
| 29. | | | | | Buy<br>(add'l) | 01/17/20 | J | | |
| 30. | | | | | Buy<br>(add'l) | 02/03/20 | J | | |
| 31. | | | | | Buy<br>(add'l) | 02/18/20 | J | | |
| 32. | | | | | Buy<br>(add'l) | 03/02/20 | J | | |
| 33. | | | | | Sold<br>(part) | 03/09/20 | J | | |
| 34. | | | | | Buy<br>(add'l) | 03/16/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rao, Neomi J. | 11/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 04/01/20 | J | | |
| 36. | | | | | Buy<br>(add'l) | 04/14/20 | J | | |
| 37. | | | | | Buy<br>(add'l) | 04/27/20 | J | | |
| 38. | | | | | Buy<br>(add'l) | 05/11/20 | J | | |
| 39. | | | | | Buy<br>(add'l) | 05/26/20 | J | | |
| 40. | | | | | Buy<br>(add'l) | 06/08/20 | J | | |
| 41. | | | | | Sold<br>(part) | 06/12/20 | J | | |
| 42. | | | | | Buy<br>(add'l) | 06/22/20 | J | | |
| 43. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |
| 44. | | | | | Buy<br>(add'l) | 07/21/20 | J | | |
| 45. | | | | | Buy<br>(add'l) | 08/04/20 | J | | |
| 46. | | | | | Buy<br>(add'l) | 08/17/20 | J | | |
| 47. | | | | | Sold<br>(part) | 08/28/20 | J | | |
| 48. | | | | | Buy<br>(add'l) | 08/31/20 | J | | |
| 49. | | | | | Buy<br>(add'l) | 09/14/20 | J | | |
| 50. | | | | | Buy<br>(add'l) | 09/28/20 | J | | |
| 51. | | | | | Buy<br>(add'l) | 09/30/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rao, Neomi J. | 11/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 10/13/20 | J | | |
| 53. | | | | | Buy (add'l) | 10/26/20 | J | | |
| 54. | | | | | Buy (add'l) | 11/09/20 | J | | |
| 55. | | | | | Buy (add'l) | 11/23/20 | J | | |
| 56. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 57. | | | | | Sold (part) | 12/10/20 | J | | |
| 58. | | | | | Buy (add'l) | 12/18/20 | J | | |
| 59. AAFTX | D | Dividend | N | T | Sold (part) | 01/21/20 | J | | |
| 60. | | | | | Buy (add'l) | 02/06/20 | J | | |
| 61. KBS Real Estate Investment Trust Inc. | B | Dividend | J | T | | | | | |
| 62. FDRXX | A | Dividend | M | T | Sold (part) | 01/10/20 | J | | |
| 63. | | | | | Buy (add'l) | 01/23/20 | J | | |
| 64. | | | | | Buy (add'l) | 01/24/20 | K | | |
| 65. | | | | | Sold (part) | 01/28/20 | K | | |
| 66. | | | | | Buy (add'l) | 01/31/20 | J | | |
| 67. | | | | | Buy (add'l) | 02/03/20 | J | | |
| 68. | | | | | Buy (add'l) | 02/24/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rao, Neomi J. | 11/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 70. | | | | | Buy (add'l) | 03/23/20 | J | | |
| 71. | | | | | Buy (add'l) | 03/31/20 | J | | |
| 72. | | | | | Sold (part) | 03/31/20 | J | | |
| 73. | | | | | Sold (part) | 04/13/20 | J | | |
| 74. | | | | | Buy (add'l) | 04/22/20 | J | | |
| 75. | | | | | Buy (add'l) | 04/30/20 | J | | |
| 76. | | | | | Buy (add'l) | 05/21/20 | J | | |
| 77. | | | | | Buy (add'l) | 05/22/20 | J | | |
| 78. | | | | | Buy (add'l) | 05/29/20 | J | | |
| 79. | | | | | Buy (add'l) | 06/18/20 | J | | |
| 80. | | | | | Buy (add'l) | 06/19/20 | J | | |
| 81. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 82. | | | | | Sold (part) | 07/10/20 | J | | |
| 83. | | | | | Buy (add'l) | 07/23/20 | J | | |
| 84. | | | | | Buy (add'l) | 07/24/20 | J | | |
| 85. | | | | | Buy (add'l) | 07/29/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rao, Neomi J. | 11/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 07/31/20 | J | | |
| 87. | | | | | Buy (add'l) | 08/21/20 | J | | |
| 88. | | | | | Buy (add'l) | 08/31/20 | J | | |
| 89. | | | | | Buy (add'l) | 09/21/20 | J | | |
| 90. | | | | | Buy (add'l) | 09/23/20 | J | | |
| 91. | | | | | Buy (add'l) | 09/30/20 | J | | |
| 92. | | | | | Sold (part) | 10/12/20 | J | | |
| 93. | | | | | Buy (add'l) | 10/22/20 | J | | |
| 94. | | | | | Buy (add'l) | 10/26/20 | J | | |
| 95. | | | | | Buy (add'l) | 10/30/20 | J | | |
| 96. | | | | | Buy (add'l) | 11/19/20 | J | | |
| 97. | | | | | Buy (add'l) | 11/20/20 | J | | |
| 98. | | | | | Buy (add'l) | 11/30/20 | J | | |
| 99. | | | | | Buy (add'l) | 12/18/20 | J | | |
| 100. | | | | | Buy (add'l) | 12/22/20 | J | | |
| 101. | | | | | Buy (add'l) | 12/31/20 | J | | |
| 102. FSPSX | A | Dividend | K | T | Buy (add'l) | 01/28/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rao, Neomi J. | 11/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 07/23/20 | J | | |
| 104. FSSNX | A | Dividend | K | T | Buy (add'l) | 01/28/20 | J | | |
| 105. | | | | | Buy (add'l) | 03/31/20 | J | | |
| 106. FXAIX | B | Dividend | M | T | Buy (add'l) | 01/28/20 | J | | |
| 107. | | | | | Buy (add'l) | 07/23/20 | J | | |
| 108. PMDQX | B | Dividend | M | T | Buy (add'l) | 01/28/20 | J | | |
| 109. | | | | | Buy (add'l) | 03/31/20 | J | | |
| 110. | | | | | Sold (part) | 07/23/20 | J | | |
| 111. PFUAX | A | Dividend | J | T | | | | | |
| 112. PFUUX | A | Dividend | J | T | | | | | |
| 113. PFUNX | A | Dividend | J | T | Buy (add'l) | 01/28/20 | J | | |
| 114. PMFQX | A | Dividend | K | T | Buy (add'l) | 01/28/20 | J | | |
| 115. | | | | | Sold (part) | 03/31/20 | J | | |
| 116. | | | | | Buy (add'l) | 07/23/20 | J | | |
| 117. CMLAX | B | Dividend | L | T | Buy (add'l) | 01/14/20 | J | | |
| 118. CGFAX | C | Dividend | L | T | Buy (add'l) | 01/14/20 | J | | |
| 119. | | | | | Sold (part) | 12/18/20 | K | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rao, Neomi J. | 11/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. CNPAX | C | Dividend | L | T | Buy (add'l) | 01/14/20 | J | | |
| 121. | | | | | Sold (part) | 12/18/20 | J | | |
| 122. CFTAX | C | Dividend | L | T | Buy (add'l) | 01/14/20 | J | | |
| 123. CSTAX | C | Dividend | L | T | Buy | 01/14/20 | J | | |
| 124. CTLAX | D | Dividend | M | T | Buy (add'l) | 01/14/20 | J | | |
| 125. CIPAX | B | Dividend | K | T | Buy (add'l) | 01/14/20 | J | | |
| 126. CCFAX | C | Dividend | L | T | Buy | 01/14/20 | J | | |
| 127. Mass Mutual - Whole Life Policy | B | Dividend | M | T | | | | | |
| 128. Mass Mutual - Whole Life Policy | A | Dividend | L | T | | | | | |
| 129. Mass Mutual - Whole Life Policy | A | Dividend | L | T | | | | | |
| 130. DFREX | D | Dividend | N | T | Buy (add'l) | 02/18/20 | L | | |
| 131. | | | | | Buy (add'l) | 03/04/20 | K | | |
| 132. FPADX | | None | | | Buy (add'l) | 02/18/20 | L | | |
| 133. | | | | | Buy (add'l) | 03/04/20 | K | | |
| 134. | | | | | Sold | 03/13/20 | N | | |
| 135. FSMDX | | None | | | Buy (add'l) | 02/18/20 | L | | |
| 136. | | | | | Buy (add'l) | 03/04/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rao, Neomi J. | 11/29/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Sold | 03/13/20 | O | | |
| 138. VTMGX | | None | | | Buy<br>(add'l) | 02/18/20 | M | | |
| 139. | | | | | Buy<br>(add'l) | 03/04/20 | M | | |
| 140. | | | | | Sold | 03/13/20 | P1 | | |
| 141. VIGAX | D | Dividend | P1 | T | Buy<br>(add'l) | 03/04/20 | L | | |
| 142. VTMSX | | None | | | Buy<br>(add'l) | 02/18/20 | M | | |
| 143. | | | | | Buy<br>(add'l) | 03/04/20 | L | | |
| 144. | | | | | Sold | 03/13/20 | O | | |
| 145. VVIAX | E | Dividend | | | Buy<br>(add'l) | 02/18/20 | L | | |
| 146. | | | | | Buy<br>(add'l) | 03/04/20 | L | | |
| 147. | | | | | Sold | 03/13/20 | O | | |
| 148. FUMBX | C | Dividend | N | T | Buy<br>(add'l) | 02/18/20 | L | | |
| 149. WFBIX | D | Dividend | O | T | Buy<br>(add'l) | 02/18/20 | L | | |
| 150. | | | | | Sold<br>(part) | 03/13/20 | L | | |
| 151. VWEAX | C | Dividend | | | Buy<br>(add'l) | 02/18/20 | L | | |
| 152. | | | | | Buy<br>(add'l) | 03/04/20 | J | | |
| 153. | | | | | Sold | 03/13/20 | O | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rao, Neomi J. | 11/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. VTABX | C | Dividend | N | T | Buy<br>(add'l) | 02/18/20 | L | | |
| 155. IJR | D | Dividend | P1 | T | Buy | 03/16/20 | O | | |
| 156. ESGD | E | Dividend | P1 | T | Buy | 03/16/20 | P1 | | |
| 157. JKF | E | Dividend | P1 | T | Buy | 03/16/20 | O | | |
| 158. VWO | D | Dividend | O | T | Buy | 03/16/20 | N | | |
| 159. VO | E | Dividend | P1 | T | Buy | 03/16/20 | O | | |
| 160. SHYG | E | Dividend | N | T | Buy | 03/16/20 | N | | |
| 161. | | | | | | | | | |
| 162. | | | | | | | | | |
| 163. | | | | | | | | | |
| 164. | | | | | | | | | |
| 165. | | | | | | | | | |
| 166. | | | | | | | | | |
| 167. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Rao, Neomi J. | 11/29/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Neomi J. Rao**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544